1

2
UNITED STATES DISTRICT COURT
3
WESTERN DISTRICT OF WASHINGTON
AT TACOMA
4

5
ROBERT REVELS, III,                    )  No. CV14-5896 BHS
                                       )
6
              Plaintiff,               )  ORDER GRANTING FEDERAL
                                       )  PUBLIC DEFENDER'S REQUEST
7
       v.                              )  FOR APPOINTMENT OF COUNSEL
                                       )  TO RESOLVE ISSUES REGARDING
8
UNITED STATES OF AMERICA,              )  ATTORNEY CLIENT PRIVILEGE
                                       )
9
              Respondent.              )
                                       )
10                                     )

              The Court having considered the Federal Public Defender's Request for
11

12
Appointment of Counsel to Resolve Issues Regarding Attorney-Client Privilege:

              IT IS HEREBY ORDERED that CJA counsel shall be appointed to represent
13

Robert Revels in the above-entitled matter.
14

              DONE this 8th day of December, 2014.
15

16

17

18                                     _____
                                       BENJAMIN H. SETTLE
19                                     United States District Judge

20

21  Presented by:

22  /s John Carpenter
    John Carpenter
23  Assistant Federal Public Defender

24

25

26

ORDER GRANTING FEDERAL PUBLIC DEFENDER'S
REQUEST FOR APPOINTMENT OF COUNSEL
(*Revels v. United States*; CV14-5896 BHS) - 1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**