The Honorable Judge Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT REVELS, III , | ) Case No: CV14-5896 BHS |
| Petitioner, | ) ORDER FOR STAY OF<br>) PROCEEDINGS |
| vs. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |

THE COURT HAVING considered the file and the contents therein,

IT IS HEREBY ORDERED that this case is stayed until June 30, 2015 or

30 days after the Supreme Court's decision is *Johnson v. U.S.,* 13-7120,

whichever is later.

Dated this  5th  day of February, 2015.

_____

Honorable Judge Benjamin H. Settle

ORDER FOR STAY - 1                   The Law Office of Thomas E. Weaver
                                     P.O. Box 1056
                                     Bremerton WA 98337
                                     (360) 792-9345